# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Lorenzo Boyd, | : | Case No. 3:04CV7721 |
| | : | |
| Petitioner | : | Judge Lesley Wells |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Christine Money, Warden, | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Respondent | : | |

Petitioner in this action in habeas corpus has filed a pleading captioned "Request For The Court To Order The Clerk Issue Copy of Report and Recommendation And Allow Petit9ioner to Make Timely Objections." Therein he represents that he did not receive a copy of this Court's Report and Recommended Decision (R&R) entered June 8, 2005 and only became aware thereof when he received a copy of the docket sheet on July 5, 2005.

In light of this representation, this Court will withdraw the R&R, and will re-file it as of this date so as to permit petitioner the opportunity to file timely objections if he sees fit to do so.[1]

**IT IS SO ORDERED.**

s/DAVID S. PERELMAN
United States Magistrate Judge

---

[1] A copy of this ruling is being sent to petitioner by regular mail.

Dockets.Justia.com

DATE:   July 21, 2005